IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Nitetek Licensing LLC,** | Case No. 4:20-cv-04036 |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Vertiv Co.,** | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The request to dismiss this matter without prejudice is hereby GRANTED.

Date: _____   _____